ANDREW L. PACKARD (State Bar No. 168690)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
emily@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Delaware corporation, ANDREW GALLI, an individual, MICHAEL "MIKE" MALDONADO, an individual, and, LOUIS B. SCHIPPER, III, an individual,<br><br>　　　　　Defendants. | Case No. 2:12-CV-03078-MCE-DAD<br><br>STIPULATION TO DEEM SERVICE COMPLETE ON APRIL 21, 2013 AND DEFENDANTS' RESPONSE DUE MAY 13, 2013; ORDER<br><br>Before: Hon. Judge Morrison C. England |

**WHEREAS**, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed its complaint ("Complaint") in this action on December 22, 2012;

**WHEREAS**, Plaintiff sent Cemex Construction Materials Pacific, LLC, Mr. Andrew Galli, Mr. Michael "Mike" Maldonado and Mr. Louis B. Schipper, III ("Defendants") a request to waive service of summons and all other complaint related documents, including the order setting status (pretrial scheduling) conference, on March 12, 2013;

**WHEREAS**, on March 12, 2013, in the interests of allowing the Parties time to explore settlement, Plaintiff and Defendants agreed to extend service out to the end of the 120-day window, as permitted by Federal Rule of Civil Procedure ("FRCP") 4(m), and deem service of the summons and any complaint related documents complete on April 21, 2013. Further, the Parties agreed that

Defendants' response to Plaintiff's complaint shall not be due until 21 days after this service, under FRCP 12(a)(1), on May 13, 2013;

**THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that Plaintiff shall be deemed to have perfected service of the complaint and any complaint related documents on April 21, 2013 and therefore Defendants' response to the complaint is due no earlier than 21 days after April 21, 2013, on May 13, 2013.

Dated: April 5, 2013                    Respectfully submitted,

                                          LAW OFFICES OF ANDREW L. PACKARD

                                        By: /s/ Emily Brand_____
                                        EMILY BRAND
                                        Attorneys for Plaintiff
                                        CALIFORNIA SPORTFISHING
                                        PROTECTION ALLIANCE

Dated: April 5, 2013                    Downey Brand LLP

                                        By: /s/ Olivia Wright_____
                                        OLIVIA WRIGHT
                                        (As authorized on April 2, 2013 – L.R. 131)
                                        Attorneys for Defendants

**ORDER**

Pursuant to Stipulation, it is ORDERED that Plaintiff meets its service requirements and service on Defendants of the complaint and any related documents is deemed complete on April 21, 2013, and Defendants' response is due May 13, 2013.

DATED: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE