DOWNEY BRAND LLP

1  DOWNEY BRAND LLP
   KATHARINE E. WAGNER (Bar No. 119429)
2  OLIVIA M. WRIGHT (Bar No. 240200)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814-4731
   Telephone:     (916) 444-1000
4  Facsimile:     (916) 444-2100
   kwagner@downeybrand.com
5  owright@downeybrand.com

6  Attorneys for Defendants CEMEX
   CONSTRUCTION MATERIALS PACIFIC, LLC, a
7  Delaware corporation, ANDREW GALLI, an
   individual, MICHAEL "MIKE" MALDONADO, an
8  individual, and, LOUIS B. SCHIPPER, III, an
   individual
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
13  CALIFORNIA SPORTFISHING                Case No. 2:12-CV-03078-MCE-DAD
    PROTECTION ALLIANCE, a non-profit
14  corporation,                           **SECOND STIPULATION TO EXTEND
                                           TIME TO RESPOND TO PLAINTIFF
15               Plaintiff,                CALIFORNIA SPORTFISHING
                                           PROTECTION ALLIANCE'S
16         v.                              COMPLAINT;  ORDER THEREON**

17  CEMEX CONSTRUCTION                     Before Hon. Judge Morrison C. England
    MATERIALS, PACIFIC, LLC, a Delaware
18  corporation, ANDREW GALLI, an
    individual, MICHAEL "MIKE"
19  MALDONADO, an individual, and LOUIS
    B. SCHIPPER, III, an individual,
20
                 Defendants.
21

22      TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

23         Pursuant to Local Rule 144(a), Defendants CEMEX Construction Materials Pacific, LLC,

24  Andrew Galli, Michael "Mike" Maldonado, and Louis B. Schipper, III ("Defendants"), by and

25  through their counsel of record, Olivia M. Wright, Esq. of Downey Brand LLP, and Plaintiff

26  California Sportfishing Protection Alliance ("Plaintiff"), by and through Plaintiff's attorney of

27  record, Andrew L. Packard, Esq. of Law Offices of Andrew Packard, stipulate and agree as

28  follows:

1320923.1                                      1

1    The deadline for Defendants to respond to Plaintiff's Complaint shall be extended from

2    June 10, 2013, to and including June 17, 2013.  The parties hereto previously stipulated to one

3    prior extension from the original date of May 13, 2013, to the current date of June 10, 2013.

4    Good cause exists for the requested extension.  The parties to this action are engaged in

5    settlement discussions and the requested extension would allow the parties to conserve their

6    limited resources and focus on resolution while these settlement discussions are ongoing.

7    DATED:  June 10, 2013              DOWNEY BRAND LLP

8

9                                      By: _/s/ Olivia M. Wright_____
                                          OLIVIA M.WRIGHT
10                                         Attorney for Defendants CEMEX CONSTRUCTION
                                          MATERIALS PACIFIC, LLC, ANDREW GALLI,
11                                         MICHAEL "MIKE" MALDONADO, and LOUIS B.
                                          SCHIPPER, III
12

13   DATED:  June 10, 2013              LAW OFFICES OF ANDREW L. PACKARD

14

15                                      By: _/s/ Andrew L. Packard_ [authorized on June 10, 2013]
                                          ANDREW L. PACKARD
16                                         Attorney for Plaintiff CALIFORNIA SPORTFISHING
                                          PROTECTION ALLIANCE
17

18

19

20

21

22

23

24

25

26

27

28

DOWNEY BRAND LLP

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

**ORDER**

Pursuant to the joint stipulation of the parties, and good cause appearing, the request to extend the deadline for Defendants to respond to the First Amended Complaint filed by Plaintiff California Sportfishing Protection Alliance is GRANTED.   The deadline for Defendants to respond to the First Amended is hereby extended 7 days from June 10, 2013, up to and including June 17, 2013.

IT IS SO ORDERED.

DATED:  June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DOWNEY BRAND LLP

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER